# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

UA Local 52 Employee Pension Plan; UA Local 52
Health and Welfare Plan; UA Local 52 Joint
Apprenticeship Trust, Michael S. Turner, Timothy D.
Cooper, Donald Gilbert, Timothy M. Beam and Ronny
Taylor, in their official capacities as trustees

**SUMMONS IN A CIVIL ACTION**

V.

Dawson Building Contractors, Inc.

CASE NUMBER: 2:06CV903-WKW

TO: (Name and Address of Defendant)

James Madison Dawson
350 Locust Street
Gadsden, AL 35901

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Kimberly C. Walker, Esq.
1119 Government Street
Mobile, AL 36604

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

*Debra P. Hackett*
CLERK

[signature] Deputy Clerk

DATE: 10/11/06