| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)* / B. Date of Delivery<br>*Jorfarred Villdard*<br>C. Signature<br>X ☐ Agent ☐ Addressee |
| 1. Article Addressed to:<br><br>James Madison Dawson<br>350 Locust Street<br>Gadsden, AL  35901 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:   ☐ No<br><br>2:06cv903<br>SRW                                         (20) |
|  | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. |
|  | 4. Restricted Delivery? *(Extra Fee)*    ☐ Yes |
| 2. Article Number *(Copy from service label)*<br>7003 3110 0001 3574 0287 | 7003 3110 0001 3574 028 |
| PS Form 3811, July 1999 | Domestic Return Receipt | 102595-00-M-0952 |