UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY, LOCAL 52 EMPLOYEE PENSION PLAN, et al, | * * * * * * * |
| Plaintiffs, | * * |
| v. | * Civil Action No. 2:06-cv-903-WKW |
| DAWSON BUILDING CONTRACTORS, INC., | * * * |
| Defendant. | * |

NOTICE OF DISMISSAL

Pursuant to Fed.R.Civ.P 41(a)(1)(i), Plaintiffs respectfully give notice of the dismissal, with prejudice, of the claims in this action.

BY: s/ Kimberly Calametti Walker
J. Cecil Gardner
(GARDJ3461)
Kimberly Calametti Walker
(CALAK4410)

OF COUNSEL:

THE GARDNER FIRM
1119 Government Street
P.O. Box 3103
Mobile, AL 36652
251-433-8100
251-433-8181 (fax)

## CERTIFICATE OF SERVICE

    I hereby certify that I have on this 29th day of November, 2006, served a copy of the foregoing on the following electronically and by first class U.S. Mail, postage prepaid.

Dana Rice, Esq.
Sasser, Rice & Barber, LLC
309 Broad Street
Gadsden, AL 35901

                                            s/ Kimberly Calametti Walker
                                             Kimberly Calametti Walker