**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

November 30, 2006

# NOTICE OF VOLUNTARY DISMISSAL

Re:  United Association of Journeymen and Apprentices of the Plumbing
     and Pipefitting Industry, Local 52 Employee Pension Plan, et al. v.
     Dawson Building Contractors, Inc.
        Civil Action No. 2:06-cv-903-WKW

Pursuant to the Notice of Dismissal filed by the plaintiffs on 11/29/2006, this case has been closed and removed from the docket of this court.